UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim.No 11-23

UNITED STATES OF AMERICA v. **NELSON OTERO**

Defendant

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. **Nelson Otero,** _____, SBI# **559844B** is now confined in **Bergen County Jail** .

2. Said individual will be required at United States District Court, before the **Honorable Stanley R. Chesler, Friday, February 4, 2011 at 10:00 a.m.** for **an ARRAIGNMENT**, in the above captioned case, in which **he** is a **defendant** and a Writ of Habeas Corpus should be issued for that purpose.

DATED: January 31, 2011

_/s/_
Assistant United States Attorney
Petitioner Michael H. Robertson

---

ORDER FOR WRIT: Let the Writ Issue.

DATED: 2/1/2011

_/s/_
HONORABLE Stanley R. Chesler
UNITED STATES Distict JUDGE

---

WRIT OF HABEAS CORPUS: The United States of America to

WARDEN, BERGEN COUNTY JAIL

WE COMMAND YOU, that you have the body of **Nelson Otero**, now confined in **Bergen County Jail** brought to the United States District Court before the **Honorable Stanley R. Chesler** in Newark, New Jersey on Friday, **February 4th, 2011 at 10:00** am, **for an Arraignment,** in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the **Honorable Stanley R. Chesler**
United States District Judge at **Newark, N.J.**

DATED:

2/1/2011

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _/s/_
Deputy Clerk