UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim.No 11-23

UNITED STATES OF AMERICA v. **NELSON OTERO**
                                          Defendant
PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1.  **Nelson Otero,** _____, SBI# 559844B is now confined in **Bergen County Jail** .

2.  Said individual will be required at United States District Court, before the **Honorable Stanley R. Chesler, Friday, February 4, 2011 at 10:00 a.m.** for **an ARRAIGNMENT**, in the above captioned case, in which **he** is a **defendant** and a Writ of Habeas Corpus should be issued for that purpose.

DATED:   January 31, 2011          _[signature]_
                                   Assistant United States Attorney
                                   Petitioner Michael H. Robertson

ORDER FOR WRIT:   Let the Writ Issue.

DATED: 2/1/2011                    _[signature]_
                                   HONORABLE Stanley R. Chesler
                                   UNITED STATES Distict JUDGE

WRIT OF HABEAS CORPUS:  The United States of America to

WARDEN, BERGEN COUNTY JAIL

WE COMMAND YOU, that you have the body of **Nelson Otero**, now confined in **Bergen County Jail** brought to the United States District Court before the **Honorable Stanley R. Chesler** in Newark, New Jersey on Friday, **February 4th, 2011 at 10:00** am, **for an Arraignment,** in the above-captioned matter.  Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the **Honorable Stanley R. Chesler**
United States District Judge at **Newark, N.J.**

DATED:                             WILLIAM T. WALSH
                                   Clerk of the U.S. District Court
2/1/2011                           for the District of New Jersey

                              Per: _[signature]_
                                   Deputy Clerk