UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 11-23 (SRC) |
| NELSON OTERO, and MAXCIME CAGAN | : | ORDER |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Michael H. Robertson and Jacques S. Pierre, Assistant U.S. Attorneys, appearing) and defendants NELSON OTERO (Lorraine S. Gauli-Rufo, Esq., appearing) and MAXCIME CAGAN (Thomas Ambrosio, Esq., appearing) and good cause having been shown, the Court makes the following findings:

1. This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161; and

2. The ends of justice served by a continuance of the trial date in this matter until December 6, 2011 outweigh the interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 23rd day of June, 2011

ORDERED that:

the trial date in this matter is continued until December 6, 2011, and that the period of time from June 27, 2011 through

December 6, 2011 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(B)(iv); and it is further

ORDERED that:

1. Defendants shall file pretrial motions on or before September 23, 2011;

2. The Government shall respond to such motions on or before October 3, 2011;

3. The return date for pretrial motions shall be October 17, 2011; and

4. Trial shall commence on December 6, 2011, at 10:00 a.m.

_____
Honorable Stanley R. Chesler
United States District Judge

_____
Lorraine S. Gauli-Rufo, Esq.
Attorney for Nelson Otero


_____
Thomas Ambrosio, Esq.
Attorney for Maxcime Cagan

-2-

December 6, 2011 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(B)(iv); and it is further

ORDERED that:

1. Defendants shall file pretrial motions on or before September 23, 2011;

2. The Government shall respond to such motions on or before October 3, 2011;

3. The return date for pretrial motions shall be October 17, 2011; and

4. Trial shall commence on December 6, 2011, at 10:00 a.m.

Honorable Stanley R. Chesler
United States District Judge

Lorraine S. Gauli-Rufo, Esq.
Attorney for Nelson Otero

Thomas Ambrosio, Esq.
Attorney for Maxcime Cagan