UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| | : | |
| v. | : | Criminal No. 11-23 (SRC) |
| | : | |
| NELSON OTERO, | : | |
| and MAXCIME CAGAN | : | ORDER |
| | : | |

This matter having been opened to the Court on the
joint application of Nelson Otero, by Lorraine Gauli-Rufo,
Assistant Federal Defender and Maxcime Cagan, by Thomas Ambrosio,
Esq., and Paul J. Fishman, United States Attorney for the
District of New Jersey (Michael H. Robertson and Jacques S.
Pierre, Assistant U.S. Attorneys, appearing)having no objection
to the request, and for good cause shown, It is Ordered that:

    1.  Defendants shall file pretrial motions on or
before October 26, 2011;

    2.  The Government shall respond to such motions
on or before November 18, 2011;

    3.  The return date for pretrial motions shall be
November 28, 2011 at 11:00 a.m.; and

    4.  Trial shall commence on December 6, 2011, at
10:00 a.m.

9/21/2011

Honorable Stanley R. Chesler
United States District Judge

SEP. 20 2011 7:32PM FED PUBLIC DEF
Case 2:11-cr-00023-SRC Document 26 Filed 09/22/11 Page 2 of 2 PageID: 67
Case 2:11-cr-00230-JLL Document 20 Filed 09/21/11 Page 2 of 2 PageID: 44
3

Lorraine S. Gauli-Rufo, Esq.
Attorney for Nelson Otero

Thomas Ambrosio, Esq.
Attorney for Maxcime Cagan

Michael Robertson, Esq.,
Assistant United States Attorney

-2-