UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 11-23 (SRC) |
| NELSON OTERO, and MAXCIME CAGAN | : | **COMPLEX CASE, DISCOVERY AND INSPECTION ORDER** |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Jacques S. Pierre and Lisa Colone, Assistant U.S. Attorneys, appearing) and defendants NELSON OTERO (Lorraine S. Gauli-Rufo, Esq., appearing) and MAXCIME CAGAN (Thomas Ambrosio, Esq., appearing) and good cause having been shown, the Court makes the following findings:

1. This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161; and

2. The ends of justice served by a continuance of the trial date in this matter until 2/14/2012 outweigh the interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 26th day of October, 2011

ORDERED that:

the trial date in this matter is continued until 2/21/2012, and that the period of time from December 6, 2011 through

2/14/2012, 2012 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(B)(iv); and it is further

ORDERED that:

1. Discovery will be provided pursuant to Rule 16 of the Federal Rules of Criminal Procedure as ordered below in the court's Order For Discovery and Inspection, on or before **March 18, 2011.**

2. Defendants shall file pretrial motions on or before **November 28, 2011;**

3. The Government shall respond to such motions on or before **December 30, 2011;**

4. The return date for pretrial motions shall be 2/14, **2012;** and

5. Trial shall commence on 2/21/2012, **2012 at 10:00 a.m.**

Honorable Stanley R. Chesler
United States District Judge

-2-