# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,  :<br>:<br>Plaintiff,  :<br>:<br>v.  :<br>:<br>NELSON OTERO and MAXCIME  :<br>CAGAN,  :<br>:<br>Defendants.  :<br>: | **Criminal No. 11-23 (SRC)**<br><br>**ORDER** |

**CHESLER**, District Judge

This matter having come before the Court on the April 27, 2012 letter request, received by this Court on May 1, 2012, in which pro se Defendant Nelson Otero ("Otero") asks for additional time to file an additional submission in connection with his motion for judgment of acquittal; and Plaintiff the United States of America (the "Government") having filed its opposition to Otero's motion on May 9, 2012; and the Court finding there is good cause to grant Otero additional time as requested; therefore,

**IT IS** on this 11th day of May, 2012,

**ORDERED** that pro se Defendant Nelson Otero shall file his response to the Government's opposition to his motion for judgment of acquittal on or before **June 6, 2012**.

    s/Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge