UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | Criminal No. 11-23 (SRC) |
| v. : | |
| : | ORDER |
| NELSON OTERO and MAXCIME : | |
| CAGAN, : | |
| : | |
| Defendants. : | |
| : | |

**CHESLER**, District Judge

      This matter having come before the Court on the motion filed by pro se Defendant Nelson Otero ("Otero") for a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29(c) [docket entry 92]; and Plaintiff the United States of America having opposed the motion; and the Court having considered the papers filed by the parties; and for the reasons expressed in the Opinion filed herewith;

      **IT IS** on this 8th day of June, 2012,

      **ORDERED** that Defendant Otero's motion for judgment of acquittal [docket entry 92] be and hereby is **DENIED**.

                                                      s/Stanley R. Chesler
                                                     STANLEY R. CHESLER
                                                     United States District Judge